# EXHIBIT A



# *MINOR, MYLES VS. GREYHOUND LINES, INC.*

**KENTUCKY COURT OF JUSTICE**

22-CI-00600

**WARREN CIRCUIT COURT**
Filed on **06/02/2022** as **AUTOMOBILE** with **HON. JOHN R. GRISE**
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 22-CI-00600 |
|---|---|

*AUTOMOBILE*

| Parties | 22-CI-00600 |
|---|---|

**GREYHOUND LINES, INC. as DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

P.O. BOX 660362
DALLAS TX 75266

**Summons**

**CIVIL SUMMONS** issued on **06/02/2022** served / recalled on **06/07/2022** by way of **CERTIFIED MAIL**
92360901940383784380695*Successful*

**MINOR, MYLES as PLAINTIFF / PETITIONER**

**FYFFE, BRADLEY as ATTORNEY FOR DEFENDANT**

**Address**

LEWIS BRISBOIS BISGAARD & SMITH, LLP
250 E FIFTH STREET, SUITE 2000
CINCINNATI OH 45202

**LESTER, KELLI as ATTORNEY FOR PLAINTIFF**

**Address**

MORGAN & MORGAN
360 E. 8TH AVENUE, SUITE 411
BOWLING GREEN KY 42101

**UHL, JUDD R as ATTORNEY FOR DEFENDANT**

**Address**

LEWIS BRISBOIS BISGAARD & SMITH, LLP
250 E FIFTH STREET, SUITE 2000
CINCINNATI OH 45202

**CT CORPORATION SYSTEM as REGISTERED AGENT OF SERVICE**

**Memo**

Related party is GREYHOUND LINES, INC.

**Address**

306 W MAIN STREET
SUITE 512
FRANKFORT KY 40601

| Documents | 22-CI-00600 |
|---|---|

**COMPLAINT / PETITION** filed on **06/02/2022**
*AUTOMOBILE*

**ANSWER** filed on **06/24/2022**
*DEF'S ANSWER TO PL'S COMPLAINT*

**ENTRY OF APPEARANCE** filed on **06/24/2022**
*DEF GREYHOUND LINES, INC'S NOTICE OF APPERANCE AND ELECTION TO RECEIVE ELECTRONIC SERVICE*

**AMENDED COMPLAINT** filed on **07/28/2022**
*CC FRONT PG FILE STAMPED TO PL*

**ORDER - AGREED** entered on **07/28/2022**
*FOR AMENDED COMPLAINTNOE: LES TER, FYFFE*

| Events | 22-CI-00600 |
|---|---|

**MOTION HOUR** scheduled for **08/08/2022 10:30 AM** in room **ACI** with **HON. JOHN R. GRISE**

> **Motions**
> - **MOTION TO AMEND** filed on **07/07/2022** by **AP**
>   *MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH TD-ORDER07/28/22 PER AGREED ORDER*
> - **MOTION – OTHER** filed on **06/24/2022** by **AD**
>   *MOTION FOR PARTIAL DISMISSAL WITH TD-ORDER*

| Images | 22-CI-00600 |
|---|---|

**COMPLAINT / PETITION** filed on **06/02/2022**   *Page(s): 3*

**SUMMONS** filed on **06/02/2022**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **06/02/2022**   *Page(s): 1*

**SUMMONS – RETURN OF SERVICE** filed on **06/13/2022**   *Page(s): 1*

**ANSWER** filed on **06/24/2022**   *Page(s): 4*

**MOTION – OTHER** filed on **06/24/2022**   *Page(s): 9*

**ENTRY OF APPEARANCE** filed on **06/24/2022**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **06/24/2022**   *Page(s): 1*

**MOTION TO AMEND** filed on **07/07/2022**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **07/07/2022**   *Page(s): 3*

**TENDERED DOCUMENT** filed on **07/07/2022**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **07/19/2022**   *Page(s): 4*

**ANSWER** filed on **08/01/2022**   *Page(s): 4*

**** End of Case Number : 22-CI-00600 ****

Filed          22-CI-00600        06/02/2022        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:47:14 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-_____
*Electronically Filed*

MYLES MINOR                                                              PLAINTIFF

v.

GREYHOUND LINES, INC.                                                   DEFENDANT
         Serve: CT Corporation System, Registered Agent
               306 W Main Street
               Suite 512
               Frankfort, KY 40601

---

## COMPLAINT

---

The Plaintiff, Myles Minor, for his Complaint against the Defendant, Greyhound Lines, Inc.

states as follows:

### PARTIES

1.      The Plaintiff, Myles Minor, is a resident of the state of Pennsylvania, residing at 525

Collins Ave, Unit 2, Pittsburgh, Pennsylvania 15206.

2.      The Defendant, Greyhound Lines, Inc., is foreign corporation doing business in the

Commonwealth of Kentucky, whose registered agent is CT Corporation System, 306 West Main

Street, Suite 512, Frankfort, KY 40601.

3.      The incident which forms the basis of this litigation occurred on October 8, 2021, in

Bowling Green, Warren County, Kentucky.

4.      The amount in controversy exceeds the minimum amount necessary to establish

jurisdiction of this Court.

### COUNT I
### COMMON LAW NEGLIGENCE

NOT ORIGINAL DOCUMENT
08/01/2022 09:47:14 AM
89578

5.     On or about October 8, 2021, in Bowling Green, Warren County, Kentucky, agents and employees of Greyhound Lines, Inc. negligently operated and parked a Greyhound bus in a negligent, careless and reckless manner while they were in the course and scope of their employment with Greyhound Lines, Inc.

6.     The collision referred to in Paragraph 5 was the result of the negligence of Defendant, Greyhound Lines, Inc.

7.     As a direct and proximate result of the negligence and carelessness of Defendant, Greyhound Lines, Inc., as heretofore alleged, the Plaintiff, Myles Minor, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a)     Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

(b)     Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c)     Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

8.     Defendant's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

9.     The injuries sustained by Plaintiff, Myles Minor, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Greyhound Lines, Inc.'s violation of these statutes.

10.     As a direct and proximate result of Defendant's violations of Kentucky law, Plaintiff, Myles Minor, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Myles Minor, demands judgment against the Defendant as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

**RESPECTFULLY** submitted this 2nd day of June, 2022.

> /s/ Kelli Lester
> Kelli Lester
> Morgan & Morgan, Kentucky PLLC
> 360 East 8th Avenue, Suite 411
> Bowling Green, KY 42101
> Phone: 270-495-6799
> Fax: 270-495-6836
> Email: klester@forthepeople.com

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>08/01/2022   22-CI-00600<br>89568  Court:  **CIRCUIT**<br><br>County:  **WARREN** |

Case #: **22-CI-00600**

*Plaintiff,* **MINOR, MYLES VS. GREYHOUND LINES, INC.,** *Defendant*

TO: **CT CORPORATION SYSTEM**
   **306 W MAIN STREET**
   **SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is GREYHOUND LINES, INC.

The Commonwealth of Kentucky to Defendant:
**GREYHOUND LINES, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **6/2/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____

                                                          Served By

                                                 _____

                                                          Title

---

Summons ID: @00000398155
CIRCUIT: 22-CI-00600 Certified Mail
MINOR, MYLES VS. GREYHOUND LINES, INC.



Page 1 of 1

*eFiled*



Filed 06/13/2022   Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:47:54 AM
89578

Date Produced: 06/13/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8378 4380 69. Our records indicate that this item was delivered on 06/07/2022 at 08:09 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        C3469095.20362658

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:09 AM
89578

*Electronically Filed*
COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-600

MYLES MINOR                                                          PLAINTIFF

v.

GREYHOUND LINES, INC.                                               DEFENDANT

## **ANSWER**

Greyhound Lines, Inc., by counsel, for its Answer to Plaintiff's Complaint, states as follows:

## **PARTIES**

1.      Defendant lacks sufficient information to form a belief as to the truth or the veracity of the allegations contained in Paragraph 1 of Plaintiff's Complaint, and therefore denies the same for want of knowledge.

2.      Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

## **COUNT I**
## **COMMON LAW NEGLIGENCE**

5.      Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.      Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.      Defendant denies the allegations contained in Paragraph 7, including subparts (a)—(c) of Plaintiff's Complaint.

Filed          22-CI-00600        06/24/2022        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:09 AM
89578

## COUNT II
## STATUTORY NEGLIGENCE

8.      Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.      Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.     Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1.      Plaintiff fails to state a claim upon which relief can be granted.

2.      Plaintiff's claims are barred by the applicable statute of limitations.

3.      The Complaint fails for insufficiency of process and/or insufficiency of service of process.

4.      Plaintiff has failed to join as parties one or more persons or entities needed for the just adjudication of this matter in controversy under CR 19.

5.      Plaintiff was contributorily negligent and are precluded from recovery against any Defendant based on Plaintiff's negligence, carelessness, and/or recklessness which was either the sole or contributing proximate cause of the accident and his alleged damages.

6.      Plaintiff's claims and damages are barred and/or proportionately reduced by comparative negligence.

7.      Some or all of Plaintiff's claims are barred by assumption of the risk.

8.      Any damages sustained by Plaintiff were caused by third parties and/or non-parties to this action over whom Defendant had no control or right to control.

9.      Any damages sustained by Plaintiff were caused by an unforeseeable, superseding, and/or intervening cause, event, act and/or omission for which Defendant is not liable.

Filed          22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:09 AM
89578

11.     The Complaint fails to state facts sufficient to state any claim upon which an award of punitive damages can be made.

13.     Plaintiff failed to mitigate his alleged damages, if any.

14.     Defendant reserves the right to plead additional affirmative defenses after a reasonable opportunity to complete discovery.

WHEREFORE, having fully answered the Complaint, Defendant Greyhound Lines, Inc. respectfully requests that the Complaint be dismissed with prejudice, that judgment be entered in their favor and against Plaintiff, for attorneys' fees, and that Plaintiff takes nothing thereby.

Respectfully submitted,

*/s/ Bradley S. Fyffe*
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2333 Alexandria Drive
Lexington, Kentucky  40504
(513) 808-9911 | (513) 808-9912 (Fax)
Judd.Uhl@lewisbrisbois.com
Bradley.Fyffe@lewisbrisbois.com
*Attorney for Defendant*
*Greyhound Lines, Inc.*

**JURY DEMAND**

Defendant respectfully demands a jury trial on all issues so triable in this case.

*/s/ Bradley S. Fyffe*

Filed          22-CI-00600          06/24/2022          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:09 AM
89578

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail this 24th day of June, 2022 to:

Kelli Lester
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
klester@forthepeople.com
*Counsel for Plaintiff*

*/s/ Bradley S. Fyffe*
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)

Filed          22-CI-00600          06/24/2022          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

*Electronically Filed*
COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-600

MYLES MINOR                                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                                  DEFENDANT

## NOTICE OF HEARING

Please take notice that Defendant's Motion for Partial Dismissal will come on for hearing on Monday, August 8, 2022 at 10:30 a.m. (CT) or as soon thereafter as counsel may be heard.

## MOTION FOR PARTIAL DISMISSAL

Defendant, Greyhound Lines, Inc., by Counsel, pursuant to CR 12.02(f), moves the Court for partial dismissal of Plaintiff's Complaint for failure to state a claim. Particularly, Plaintiff has failed to state a claim for negligence per se, and it must be dismissed from the Complaint. A Memorandum in Support and Proposed Order accompany this Motion.

Respectfully submitted,

*/s/ Bradley S. Fyffe*
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(513) 808-9911 | (513) 808-9912 (Fax)
judd.uhl@lewisbrisbois.com
Bradley.fyffe@lewisbrisbois.com
*Counsel for Defendant*
*Greyhound Lines, Inc.*

4860-2081-4374.1  1

Filed          22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

## MEMORANDUM IN SUPPORT

### I.      INTRODUCTION

This matter arises from an accident where Barbara Estes collided with the Plaintiff, and rear ended a Greyhound bus. Specifically, a Greyhound bus became disabled and its driver placed orange emergency triangles to warn others of its presence while it waited a mechanic. Barbara Estes disregarded the triangles, drove over them at a high rate of speed, collided with the Plaintiff as he was walking across the road, and rear-ended the Greyhound bus. Plaintiff has alleged, in part, negligence per se against Greyhound and cited statutes that have no application to the present facts. As such, an Order dismissing Plaintiff's claim for negligence per se is warranted at this time.

### II.      FACTUAL BACKGROUND

On October 8, 2021, Plaintiff Myles Minor, had been a passenger on a Greyhound Bus. *See* Ex. A. The Greyhound bus became disabled and came to rest in the right lane of the 500 block of Three Springs Road in Bowling Green, Kentucky. *See* Ex. A. Accordingly, the Greyhound driver placed 3 emergency triangle placards behind the bus to warn others of its presence while he waited on maintenance assistance. *See* Ex. A.

This particular section of Three Springs Road was straight and level. *See* Ex. A. The weather was clear, and the roadway was dry. *See* Ex. A. While it was dark, the roadway condition was visible and lighted by nearby streetlights. *See* Ex. A. Lighting from nearby businesses likewise contributed to the visibility of the roadway, and the 3 orange emergency triangle placards. *See* Ex. A.

After the bus had been disabled for some time, Minor walked across Three Springs Road to a gas station. *See* Ex. A. Barbara Estes was traveling in the right lane of Three Springs Road as Plaintiff walked back to the right side of the road. *See* Ex. A. Plaintiff was not using a crosswalk,

Filed          22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

Filed          22-CI-00600          06/24/2022          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

and walked behind the bus. *See* Ex A. While Plaintiff was walking within the emergency triangle placards, Estes struck Plaintiff without slowing down and pinned him against the Greyhound bus. *See* Ex. A. Estes advised the Bowling Green Police that she was traveling the right lane, and was able to visualize the orange emergency triangle placards. *See* Ex. A. Instead of slowing down, she continued to travel over the emergency triangle placards, struck Minor, and rear-ended the Greyhound bus. *See* Ex. A. Emergency responders arrived and Plaintiff was transported from the scene by ambulance. *See* Ex. A.

The police confirmed presence of the emergency orange triangle placards in the road as described by the Greyhound driver. *See* Ex. A. Interestingly, Estes was not named as a Defendant in this lawsuit despite being the obvious cause of the accident, and Plaintiff's injuries, and being identified as the at-fault driver by the Bowling Green Police. *See* Ex. A. Moreover, Plaintiff's own GoFundMe page places blame directly on "a careless driver without their headlights on speed [*sic*] down the highway."[1]

Now, Plaintiff has filed a Complaint sounding in negligence. *See* Complaint. Specifically, Plaintiff alleges that the Greyhound driver negligently parked the Greyhound bus. *See* Complaint at ¶ 5. Plaintiff also alleges negligence per se pursuant to KRS 189.290(1) and KRS 189.390(2). *See* Complaint at ¶ 8-10. As explained below, Plaintiff's Complaint fails to state a claim as it pertains to negligence per se because the statutes cited have no application to the present facts. Accordingly, the negligence per se claim must be dismissed and stricken from Plaintiff's Complaint at this time.

---

[1]  https://www.gofundme.com/f/help-myles-afford-medical-treatment (Last Accessed June 23, 2022)

4860-2081-4374.1  3

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

## III.    LAW AND ANALYSIS

This Motion for Partial Dismissal of Plaintiff's negligence per se claim is being made pursuant to CR 12.02(f). The statutory standard of care Plaintiff seeks to impose on Defendant is simply inapplicable to these facts. Accordingly, the Court should dismiss Plaintiff's negligence per se claim and strike paragraphs 8-10 from Plaintiff's Complaint.

### a.    Standard of Review

The Kentucky Rules of Civil Procedure require a complaint to contain a "short and plain statement of the claim showing that the pleader is entitled to relief." *See* CR 8.01. A motion made under CR 12 can be made in place of an Answer when a Complaint fails to state a claim. *See* CR 12.02. Importantly, "[a] motion to dismiss for failure to state a claim upon which relief may be granted 'admits as true the material facts of the complaint.'" *Fox v. Grayson*, 317 S.W.3d 1, 7 (Ky. 2010) (internal citation omitted). While reviewing a motion to dismiss for failure to state a claim, a court should construe pleadings liberally and assume all of the allegations in the complaint to be true. *Id.* A review of a motion to dismiss for failure to state a claim is purely a question of law where a "court must ask if the facts alleged in the complaint can be proved, would the plaintiff be entitled to relief?" *Id*.

Here, accepting all allegations as true, the Plaintiff's Complaint in this action has not met this threshold and fails to state a claim upon which relief can be granted as it pertains to the negligence per se claims based upon KRS 189.290(1) and KRS 189.390(2). As such, the negligence per se claim must be dismissed from Plaintiff's Complaint at this time.

Filed          22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

**b.  KRS 189.290(1) And KRS 189.390(2) Do Not Apply To These Facts And Plaintiff's Complaint Fails To State A Claim For Negligence Per Se.**

Negligence per se is codified at KRS 446.070, which states "[a] person injured by the violation of any statute may recover from the offender such damages as he sustained by reason of the violation, although a penalty or forfeiture is imposed for such violation." KRS 446.070 applies when an offender violates a statute and the plaintiff comes within the class of persons intended to be protected by the statute. *St. Luke Hosp., Inc. v. Straub*, 354 S.W.3d 529, 534 (Ky. 2011)(citing *Davidson v. American Freightways, Inc.*, 25 S.W.3d 94, 99-100 (Ky. 2000)). KRS 446.070 permits a person that suffered injuries by violation of a statute to recover damages by reason of the violation. *Id.* (citing *Allen v. Lovell's Adm'x*, 197 S.W.2d 424, 426 (Ky . 1946)). Stated simply, "[a] claim of negligence per se merely substitutes the common law standard of care with a statutory standard of care." *See Estate of Moloney v. Becker*, 398 S.W.3d 459 (Ky. App. 2013)(citing *Young v. Carran*, 289 S.W.3d 586, 588-89 (Ky. App. 2008)(citations omitted)). In order to recover, a violation of the statutory standard of care must be a substantial factor in causing the result. *Id.* (quoting *Isaacs v. Smith*, 5 S.W.3d 500, 502 (Ky. 1999)).

First, Plaintiff seeks to substitute the common law standard of care with the standard found in KRS 189.290(1). That statute provides "[t]he operator of any vehicle upon a highway shall operate the vehicle in a careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway." KRS 189.290(1). Foremost, the statute is redundant and immaterial to the present case because it does not establish a standard of care any different than the universal duty of ordinary care to support a negligence theory under the common law. *See e.g. Grayson Fraternal Order of Eagles v. Claywell*, 736 S.W.2d 328 (Ky. 1987); *but c.f. Johnson v. UPS*, 326 S.W.3d 812, 815-16 (Ky. App. 2010). But more importantly, KRS 189.290(1) has no

4860-2081-4374.1  5

Filed      22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

application to the present facts. KRS 189.290(1) pertains to the safe *operation* of a vehicle. In this case, Plaintiff's Complaint makes clear that the Greyhound bus was not being operated at the time Estes struck Plaintiff; it was parked. *See e.g.* Complaint at ¶ 5. As such, the actual operation of the Greyhound bus is not at issue. To illustrate, this claim would only apply to Barbara Estes, who was actually operating her vehicle at the time she struck Plaintiff. However, she was not named in Plaintiff's Complaint. Accordingly, the statute does not apply to these facts as it pertains to Greyhound and the Plaintiff's negligence per se claim based on the same must be dismissed.

Second, Plaintiff seeks to substitute the common law standard of care with the standard found in KRS 189.390(2). It provides "[a]n operator of a vehicle upon a highway shall not drive at a greater speed than is reasonable and prudent, having regard for the traffic and for the condition and use of the highway." KRS. 189.390(2). Again, the statute does not supplant a standard of care any different than a standard universal duty of care to support a general common law negligence theory. More importantly, this statute pertains to the speed at which vehicles are operated. It has not been alleged in the current case that the Greyhound bus was speeding. In fact, the opposite is true—the Greyhound bus was parked. Accordingly, this statute has no application to these facts against Greyhound. The only allegation of a driver traveling at an excess speed is found in the Bowling Green Police Report against Estes. But again, she was not named in Plaintiff's Complaint. The negligence per se claim based on KRS 189.390(2) must be dismissed from Plaintiff's Complaint.

Notably, Kentucky Courts dismiss negligence per se claims at the pleading stage when the statutory standard of care that Plaintiffs seek to impose do not apply to the facts at issue. For example, in *Sheliga v. Todd*, the parties got into a dispute over a dog which led to one party threatening to fight the other. 2013 Ky. App. Unpub. LEXIS 205, at *2 (Ky. App. 2013)(attached

Filed      22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

as Exhibit B). The Plaintiff filed suit and, in part, alleged negligence per se based upon Kentucky's menacing and terroristic threatening statutes. *Id.* at *7-8 (citing KRS 508.050; KRS 508.080). The Defendant filed a motion to dismiss the negligence per se claim because the conduct was contrary to the statute, and the statute did not apply to the conduct in question. *Id.* at *8. The trial court dismissed the claim for negligence per se, and the dismissal was upheld by the Kentucky Court of Appeals. *Id.*

In this case, Plaintiff similarly cites two statutes that are inapplicable to Greyhound's conduct with which Plaintiff takes issue. Plaintiff seeks to impose two separate duties of care found in KRS 189.290(1) and KRS 189.390(2). Again, these statutes deal with and pertain to the safe *operation* and speeds of vehicles. It is undisputed that the Greyhound bus was not being operated at the time of the accident, and had been parked for some time. Like *Seliga*, the standards Plaintiff seeks to impose are unrelated and do not apply to the facts at issue. Plaintiff's Complaint simply fails to state a claim for negligence per se upon which relief can be granted against Greyhound.

Filed          22-CI-00600      06/24/2022        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

## IV.    CONCLUSION

As explained above, Plaintiff's Complaint fails to state a claim for negligence per se. The statutory standards Plaintiff seeks to impose are unrelated and do not apply to the present facts . As such, Plaintiff's claim for negligence per se must be dismissed and stricken from the Complaint.

Respectfully submitted,

/s/ Bradley S. Fyffe
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(513) 808-9911 | (513) 808-9912 (Fax)
judd.uhl@lewisbrisbois.com
bradley.fyffe@lewisbrisbois.com
*Attorneys for Defendamt*
*Greyhound Lines, Inc.*

4860-2081-4374.1   8

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:25 AM
89578

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail this 24th day of June, 2022 to:


Kelli Lester
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
klester@forthepeople.com
*Counsel for Plaintiff*

                                        */s/ Bradley S. Fyffe*
                                        Judd R. Uhl (89578)
                                        Bradley S. Fyffe (98055)

Filed        22-CI-00600      06/24/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:43 AM
89578

*Electronically Filed*
COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-600

MYLES MINOR                                                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                                                DEFENDANT

## DEFENDANT GREYHOUND LINES, INC.'S NOTICE OF APPEARANCE AND ELECTION TO RECEIVE ELECTRONIC SERVICE

Judd R. Uhl and Bradley S. Fyffe of the law office of Lewis Brisbois Bisgaard & Smith LLP hereby give notice of their appearance as counsel of record for Defendant Greyhound Lines, Inc.

Undersigned counsel gives notice of their election under CR 5.02(2) to receive service electronically. Counsel elects to serve and receive pleadings by email at the following email addresses:

- Judd.Uhl@lewisbrisbois.com          mindy.stallmeyer@lewisbrisbois.com

- Bradley.Fyffe@lewisbrisbois.com          kristen.fonnesbeck@lewisbrisbois.com

In accordance with CR 5.02(2), documents to be filed with the clerk should now be electronically served on or before the day of filing to the above email addresses.

Respectfully submitted,

*/s/ Bradley S. Fyffe*
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(513) 808-9911 | (513) 808-9912 (Fax)
judd.uhl@lewisbrisbois.com
bradley.fyffe@lewisbrisbois.com
*Attorneys for Defendant*
*Greyhound Lines, Inc.*

4886-2273-9750.1   1

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:43 AM
89578

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail this 24th day of June, 2022 to:

Kelli Lester
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
klester@forthepeople.com
*Counsel for Plaintiff*

/s/ Bradley S. Fyffe
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)

Tendered          22-CI-00600          06/24/2022          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:48:59 AM
89578

*Electronically Filed*
COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-600

MYLES MINOR                                                                      PLAINTIFF

v.

GREYHOUND LINES, INC.                                                    DEFENDANT

## **ORDER**

Having come before the Court on Defendant's Motion for Partial Dismissal, having heard

arguments of Counsel, and the Court being in all ways duly and sufficiently advised, it is hereby

Ordered as follows:

Defendant's Motion for Partial Dismissal is **GRANTED**.

Paragraphs 8-10 are hereby **STRICKEN** from Plaintiff's Complaint.

SO ORDERED this the _____ day of _____, 2022.

_____
Judge, Warren Circuit Court

Tendered          22-CI-00600          06/24/2022          Brandi Duvall, Warren Circuit Clerk

Filed      22-CI-00600      07/07/2022      Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:17 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00600
*Electronically Filed*

MYLES MINOR                                                              PLAINTIFF

v.

GREYHOUND LINES, INC.                                                    DEFENDANT

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

### NOTICE

Please take notice that undersigned counsel will on August 8, 2022, at 10:30 a.m. CST, or as soon thereafter as counsel may be heard, in the courtroom of the above Court, make the Motion set out below.

### MOTION

Plaintiff hereby moves the Court for leave to Amend his Complaint. In support of this Motion, Plaintiff states the following:

This is a personal injury action which resulted in catastrophic injuries to Myles Minor that occurred on October 8, 2021. Defendant filed a Motion for Partial Dismissal claiming Plaintiff could not bring certain per se negligence claims. Based on that Motion, Plaintiff needed to omit certain per se negligence claims originally brought and add additional per se negligence claims under other various Kentucky Revises Statutes.

CR 15.01 provides that "a party may amend his pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:17 AM
89578

Therefore, Plaintiff respectfully requests leave from this Court to Amend his

Complaint.

Respectfully submitted,


/s/ Kelli Lester
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: 270-495-6799
Fax: 270-495-6836
Email: klester@forthepeople.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of July 2022, I served a copy of the foregoing on the parties via the Court's Electronic Filing System and/or electronic mail to:

Bradley S. Fyffe
Judd R. Uhl
Lewis, Brisbois, Bisgaard & Smith LLP
2333 Alexandria Drive
Lexington, KY 40504
Email: bradley.fyffe@lewisbrisbois.com
    judd.uhl@lewisbrisbois.com

/s/ Kelli Lester
Kelli Lester

Tendered        22-CI-00600        07/07/2022        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:32 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00600
*Electronically Filed*

MYLES MINOR                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                         DEFENDANT
      Serve: CT Corporation System, Registered Agent
          306 W Main Street
          Suite 512
          Frankfort, KY 40601

---

## AMENDED COMPLAINT

---

The Plaintiff, Myles Minor, for his Amended Complaint against the Defendant, Greyhound Lines, Inc. states as follows:

### PARTIES

1.     The Plaintiff, Myles Minor, is a resident of the state of Pennsylvania, residing at 525 Collins Ave, Unit 2, Pittsburgh, Pennsylvania 15206.

2.     The Defendant, Greyhound Lines, Inc., is foreign corporation doing business in the Commonwealth of Kentucky, whose registered agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3.     The incident which forms the basis of this litigation occurred on October 8, 2021, in Bowling Green, Warren County, Kentucky.

4.     The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

### COUNT I
### COMMON LAW NEGLIGENCE

Tendered        22-CI-00600        07/07/2022        Brandi Duvall, Warren Circuit Clerk
NOT ORIGINAL DOCUMENT
08/01/2022 09:49:32 AM
89578

5.     On or about October 8, 2021, in Bowling Green, Warren County, Kentucky, agents and employees of Greyhound Lines, Inc. negligently operated and parked a Greyhound bus in a negligent, careless and reckless manner while they were in the course and scope of their employment with Greyhound Lines, Inc.

6.     The collision referred to in Paragraph 5 was the result of the negligence of Defendant, Greyhound Lines, Inc.

7.     As a direct and proximate result of the negligence and carelessness of Defendant, Greyhound Lines, Inc., as heretofore alleged, the Plaintiff, Myles Minor, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a)     Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

(b)     Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c)     Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

8.     Defendant's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1), 189.043, 189.030, and 189.055, and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:32 AM
89578

9.   The injuries sustained by Plaintiff, Myles Minor, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Greyhound Lines, Inc.'s violation of these statutes.

10.   As a direct and proximate result of Defendant's violations of Kentucky law, Plaintiff, Myles Minor, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Myles Minor, demands judgment against the Defendant as follows:

A.   A trial by jury on all issues of fact herein;

B.   Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C.   For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D.   For Plaintiff's costs herein expended; and

E.   For any and all other relief to which the Plaintiff is entitled.

**RESPECTFULLY** submitted this ___ day of July, 2022.

*/s/ Kelli Lester*_____
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: 270-495-6799
Fax: 270-495-6836
Email: klester@forthepeople.com

Tendered          22-CI-00600      07/07/2022       Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:50 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00600
*Electronically Filed*

MYLES MINOR                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                          DEFENDANT

---

**ORDER**

---

This matter having come before the Court upon Plaintiff's Motion for Leave to file an

Amended Complaint, and the Court, having considered same, and being otherwise sufficiently

advised;

IT IS HEREBY ORDERED as follows:

The Motion for Leave to file an Amended Complaint is GRANTED.

Entered this __day of _____, 2022.


_____
Warren Circuit Court Judge

Tendered        22-CI-00600        07/07/2022        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:49:50 AM
89578

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served by US MAIL to the following:

Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101

Bradley S. Fyffe
Judd R. Uhl
Lewis, Brisbois, Bisgaard & Smith LLP
2333 Alexandria Drive
Lexington, KY 40504

NOT ORIGINAL DOCUMENT
08/01/2022 09:50:06 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00600

MYLES MINOR                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                         DEFENDANT

---

## AGREED ORDER FOR AMENDED COMPLAINT

---

By agreement of the Parties and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the parties agree for the Plaintiff

Myles Minor to file the attached Amended Complaint.


_____
JUDGE JOHN GRISE


Have seen and agreed:


s/ Kelli Lester
Hon. Kelli Lester
Morgan & Morgan
360 E. 8th Ave, Suite 411
Bowling Green, KY 42101
Counsel for Plaintiff

s/ Bradley Fyffe (with permission)
Hon. Bradley Fyffe
Hon. Judd Uhl
Lewis, Brisbois, Bisgard & Smith LLP
2333 Alexandria Drive
Lexington, KY 40504
Counsel for Defendant

NOT ORIGINAL DOCUMENT
08/01/2022 09:50:06 AM
89578

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00600
*Electronically Filed*

MYLES MINOR                                                          PLAINTIFF

v.

GREYHOUND LINES, INC.                                               DEFENDANT
     Serve: CT Corporation System, Registered Agent
         306 W Main Street
         Suite 512
         Frankfort, KY 40601

---

**AMENDED COMPLAINT**

---

The Plaintiff, Myles Minor, for his Amended Complaint against the Defendant, Greyhound Lines, Inc. states as follows:

**PARTIES**

1.    The Plaintiff, Myles Minor, is a resident of the state of Pennsylvania, residing at 525 Collins Ave, Unit 2, Pittsburgh, Pennsylvania 15206.

2.    The Defendant, Greyhound Lines, Inc., is foreign corporation doing business in the Commonwealth of Kentucky, whose registered agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3.    The incident which forms the basis of this litigation occurred on October 8, 2021, in Bowling Green, Warren County, Kentucky.

4.    The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

**COUNT I**
**COMMON LAW NEGLIGENCE**

Tendered       22-CI-00600       07/19/2022       Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
08/01/2022 09:50:06 AM
89578

5.      On or about October 8, 2021, in Bowling Green, Warren County, Kentucky, agents and employees of Greyhound Lines, Inc. negligently operated and parked a Greyhound bus in a negligent, careless and reckless manner while they were in the course and scope of their employment with Greyhound Lines, Inc.

6.      The collision referred to in Paragraph 5 was the result of the negligence of Defendant, Greyhound Lines, Inc.

7.      As a direct and proximate result of the negligence and carelessness of Defendant, Greyhound Lines, Inc., as heretofore alleged, the Plaintiff, Myles Minor, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a)      Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

(b)      Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c)      Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

8.      Defendant's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1), 189.043, 189.030, and 189.055, and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

Tendered        22-CI-00600      07/19/2022        Brandi Duvall, Warren Circuit Clerk
NOT ORIGINAL DOCUMENT
08/01/2022 09:50:06 AM
89578

9.      The injuries sustained by Plaintiff, Myles Minor, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Greyhound Lines, Inc.'s violation of these statutes.

10.     As a direct and proximate result of Defendant's violations of Kentucky law, Plaintiff, Myles Minor, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Myles Minor, demands judgment against the Defendant as follows:

A.  A trial by jury on all issues of fact herein;

B.  Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C.  For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D.  For Plaintiff's costs herein expended; and

E.  For any and all other relief to which the Plaintiff is entitled.

**RESPECTFULLY** submitted this 19th day of July, 2022.

*/s/ Kelli Lester* _____
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: 270-495-6799
Fax: 270-495-6836
Email: klester@forthepeople.com

Filed          22-CI-00600          08/01/2022          Brandi Duvall, Warren Circuit Clerk

*Electronically Filed*
COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO. 22-CI-600

MYLES MINOR                                                                    PLAINTIFF

v.

GREYHOUND LINES, INC.                                                          DEFENDANT

## ANSWER TO AMENDED COMPLAINT

Greyhound Lines, Inc., by counsel, for its Answer to Plaintiff's Amended Complaint, states as follows:

## PARTIES

1.      Defendant lacks sufficient information to form a belief as to the truth or the veracity of the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint, and therefore denies the same for want of knowledge.

2.      Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3.      Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4.      Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

## COUNT I
## COMMON LAW NEGLIGENCE

5.      Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

Filed          22-CI-00600          08/01/2022          Brandi Duvall, Warren Circuit Clerk

6. Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7. Defendant denies the allegations contained in Paragraph 7, including subparts (a)—(c) of Plaintiff's Amended Complaint.

## COUNT II
## STATUTORY NEGLIGENCE

8. Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the applicable statute of limitations.

3. The Complaint fails for insufficiency of process and/or insufficiency of service of process.

4. Plaintiff has failed to join as parties one or more persons or entities needed for the just adjudication of this matter in controversy under CR 19.

5. Plaintiff was contributorily negligent and are precluded from recovery against any Defendant based on Plaintiff's negligence, carelessness, and/or recklessness which was either the sole or contributing proximate cause of the accident and his alleged damages.

6. Plaintiff's claims and damages are barred and/or proportionately reduced by comparative negligence.

4860-4749-4950.2  2

7.      Some or all of Plaintiff's claims are barred by assumption of the risk.

8.      Any damages sustained by Plaintiff were caused by third parties and/or non-parties to this action over whom Defendant had no control or right to control.

9.      Any damages sustained by Plaintiff were caused by an unforeseeable, superseding, and/or intervening cause, event, act and/or omission for which Defendant is not liable.

11.     The Complaint fails to state facts sufficient to state any claim upon which an award of punitive damages can be made.

13.     Plaintiff failed to mitigate his alleged damages, if any.

14.     Defendant reserves the right to plead additional affirmative defenses after a reasonable opportunity to complete discovery.

WHEREFORE, having fully answered the Amended Complaint, Defendant Greyhound Lines, Inc. respectfully requests that the Amended Complaint be dismissed with prejudice, that judgment be entered in their favor and against Plaintiff, for attorneys' fees, and that Plaintiff takes nothing thereby.

Respectfully submitted,

/s/ Bradley S. Fyffe
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2333 Alexandria Drive
Lexington, Kentucky 40504
(513) 808-9911 | (513) 808-9912 (Fax)
Judd.Uhl@lewisbrisbois.com
Bradley.Fyffe@lewisbrisbois.com
Attorney for Defendant
Greyhound Lines, Inc.

Filed          22-CI-00600     08/01/2022         Brandi Duvall, Warren Circuit Clerk

## JURY DEMAND

Defendant respectfully demands a jury trial on all issues so triable in this case.

*/s/ Bradley S. Fyffe* _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail this 1st day of August, 2022 to:

Kelli Lester
MORGAN & MORGAN, KENTUCKY PLLC
360 East 8th Avenue, Suite 411
Bowling Green, Kentucky 42101
klester@forthepeople.com
*Counsel for Plaintiff*

*/s/ Bradley S. Fyffe* _____
Judd R. Uhl (89578)
Bradley S. Fyffe (98055)