IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| MYLES MINOR, | ) |
| | ) |
| PLAINTIFF, | ) Civil Action No. 1:22-CV-92-GNS |
| v. | ) |
| | ) |
| GREYHOUND LINES, INC. | ) |
| | ) |
| DEFENDANT/THIRD-PARTY PLAINTIFF, | ) |
| v. | ) |
| | ) |
| BARBARA ESTES, | ) |
| | ) |
| THIRD-PARTY DEFENDANT. | ) |

## AMENDED COMPLAINT

The Plaintiff, Myles Minor, for his Second Amended Complaint against the Defendant, Greyhound Lines, Inc. states as follows:

## PARTIES

1. The Plaintiff, Myles Minor, is a resident of the state of Pennsylvania, residing at 525 Collins Ave, Unit 2, Pittsburgh, Pennsylvania 15206.

2. The Defendant, Greyhound Lines, Inc., is foreign corporation doing business in the Commonwealth of Kentucky, whose registered agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. The incident which forms the basis of this litigation occurred on October 8, 2021, in Bowling Green, Warren County, Kentucky.

4. The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

## COUNT I
## COMMON LAW NEGLIGENCE

5. On or about October 8, 2021, in Bowling Green, Warren County, Kentucky, agents and employees of Greyhound Lines, Inc. operated and parked a Greyhound bus in a negligent, careless, and reckless manner while they were in the course and scope of their employment with Greyhound Lines, Inc.

6. The collision referred to in Paragraph 5 was the result of the negligence of Defendant, Greyhound Lines, Inc.

7. Upon information and belief, Defendant Greyhound Lines, Inc., negligently hired, supervised, and/or failed to train their agent and employee.

8. As a direct and proximate result of the negligence and carelessness of Defendant, Greyhound Lines, Inc., as heretofore alleged, the Plaintiff, Myles Minor, was caused to sustain personal injuries, both of a temporary and permanent nature to his person, resulting in the following damages:

(a) Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

(b) Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

(c)     Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

(d)     Plaintiff has incurred lost wages and his ability to earn an income has been impaired in a sum of to be determined by a jury sitting in the trial of this matter.

## COUNT II
## STATUTORY NEGLIGENCE

9.     Defendant Greyhound Lines, Inc.'s actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1), 189.043, 189.030, and 189.055, and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10.    The injuries sustained by Plaintiff, Myles Minor, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant, Greyhound Lines, Inc.'s violation of these statutes.

11.    As a direct and proximate result of Defendant Greyhound Lines, Inc.'s violations of Kentucky law, Plaintiff, Myles Minor, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Myles Minor, demands judgment against the Defendant as follows:

A. A trial by jury on all issues of fact herein;

B. Punitive damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter;

C. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

D. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

E. For Plaintiff's costs herein expended; and

F. For any and all other relief to which the Plaintiff is entitled.

**RESPECTFULLY** submitted this  27  day of August, 2024.

/s/ *Kelli Lester*
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Phone: 270-495-6799
Fax: 270-495-6836
Email: klester@forthepeople.com