# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **MYLES MINOR** | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 1:22-CV-92-GNS |
| v. | ) |
| | ) |
| **GREYHOUND LINES, INC.** | ) |
| | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that the claims of Plaintiff, Myles Minor, against Defendant, Greyhound Lines, Inc., are hereby DISMISSED WITH PREJUDICE. It is further Ordered that the claims of Defendant, Greyhound Lines, Inc., against third-party Defendant, Barbara Estes, are hereby DISMISSED WITH PREJUDICED.

SO ORDERED this: November 17, 2025

                                                                                         **Greg N. Stivers, Judge**
                                                                       **United States District Court**

HAVE SEEN AND AGREED:

*/s/ Kelli Lester*
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY 42101
Email: klester@forthepeople.com
*Counsel for Plaintiff*

*/s/ Judd R. Uhl, with permission*
Bradley S. Fyffe
Judd R. Uhl
Lewis Brisbois Bisgaard & Smith, LLP
2333 Alexandria Drive
Lexington, KY 40504
*Counsel for Defendant Greyhound Lines, Inc.*

*/s/ Tad T. Pardue, with permission*
Tad T. Pardue
Bell Orr Ayers & Moore PSC
1010 College Street
Bowling Green, Kentucky 42102
*Counsel for Third-Party Defendant Barbara Estes*

Clerk, please send copies to Counsel of Record